UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED

FEB - 5 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | **4:14CR0028 HEA/NCC** |
| | ) | | |
| | ) | | |
| JENNIFER WALTER, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## INDICTMENT

### COUNT 1

1.      On or about January 16, 2010 in the City of Saint Louis, within the Eastern District of

Missouri, defendant,

**JENNIFER WALTER,**

made and presented and caused to be made and presented to the Internal Revenue Service, an

agency of the United States Department of the Treasury, a claim against the United States for

payment of a refund of taxes in the amount of $9,193.00, which she then and there knew to be false,

fictitious and fraudulent.   WALTER made the claim by preparing and causing to be prepared and

presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form

1040, for tax year 2009, in her own name, knowing that the claim was false, fictitious and

fraudulent in that she was not entitled to the refund which was being requested.

All in violation of Title 18, United States Code, Section 287.

### COUNTS 2-3

2.      Beginning in 2010, WALTER created fraudulent Forms W-2 for other individuals.   For tax

years 2010 and 2011, WALTER provided fraudulent Forms W-2 to individuals for preparation by

another local tax return preparer.

3.     On or about the dates listed below, in the City of Saint Louis, within the Eastern District of

Missouri, defendant,

## JENNIFER WALTER,

made and presented and caused to be made and presented to the Internal Revenue Service, an

agency of the United States Department of the Treasury, one and more claims against the United

States for payment of a refund of taxes, which she then and there knew to be false, fictitious and

fraudulent.   WALTER made the claims by preparing and causing to be prepared and presenting

and causing to be presented to said agency, U.S. Individual Income Tax Returns, Forms 1040, for

one and more individuals, including but not limited to those identified below, knowing that the

claim was false, fictitious and fraudulent in that the named individual was not entitled to the refund

which was being requested.

| Count | Taxpayer | Calendar Tax Year | Refund Amount | Date Return received by IRS |
|-------|----------|-------------------|---------------|------------------------------|
| 2     | L.M.     | 2010              | $9,154        | 1/25/2011                    |
| 3     | S.W.     | 2011              | $8,960        | 1/19/2012                    |

4.     For the tax years 2010 and 2011, WALTER provided false and fraudulent W-2s which aided

in the filing of approximately 13 false and fraudulent tax returns claiming approximately $84,727 in

false and fraudulent refunds.

       All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNTS 4-5

5.     Beginning in 2013, defendant WALTER was the main tax return preparer at a tax return

preparer business entitled Liberty For All Tax Service, located in Saint Louis, Missouri. While

employed at Liberty For All Tax Service, WALTER prepared false and fraudulent Form 1040

Returns for clients by intentionally including fraudulent items and tax credits, such as false W-2

wage information, which allowed her to falsely claim the earned income tax credit and child tax

credits for her clients.

6.     On or about the dates listed below, in the City of Saint Louis, within the Eastern District of

Missouri, defendant,

## JENNIFER WALTER,

made and presented and caused to be made and presented to the Internal Revenue Service, an

agency of the United States Department of the Treasury, one or more claims against the United

States for payment of a refund of taxes, which she then and there knew to be false, fictitious and

fraudulent.   WALTER made the claims by preparing and causing to be prepared and presenting

and causing to be presented to said agency, U.S. Individual Income Tax Returns, Forms 1040, for

one and more individuals, including but not limited to those identified below, knowing that the

claim was false, fictitious and fraudulent in that the named individual was not entitled to the refund

which was being requested.

| Count | Taxpayer | Calendar Tax Year | Tax Loss | Date Return received by IRS |
|-------|----------|-------------------|----------|------------------------------|
| 4     | K.M.     | 2012              | $9,000   | 1/27/2013                    |
| 5     | J.H.     | 2012              | $5,293   | 1/27/2013                    |

7.     For the tax year 2012, WALTER filed or assisted in filling approximately 18 false and

fraudulent tax returns claiming approximately $129,447 in false and fraudulent refunds.

     All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT 6

8.     On or about February 4, 2013, in the Eastern District of Missouri, defendant,

## JENNIFER WALTER,

did knowingly and intentionally embezzle, steal, purloin, and convert to her own use money of the

United States, to wit: an income tax refund in the amount of $6,134 generated by the filing of a false

2012 Form 1040 in the name, birthdate, and social security number of S.M.

     In violation of Title 18, United States Code Sections 641 and 2.

## COUNT 7

9.    On or about February 13, 2013 in the Eastern District of Missouri, the defendant

### JENNIFER WALTER,

knowingly transferred, possessed and used, without lawful authority, the social security number and

birth date of S.M. with the intent to commit, and to aid and abet, and in connection with unlawful

activity that constitutes a violation of Federal law, specifically submitting a false tax claim (18 U.S.C.

§641).

In violation of Title 18, United States Code, Section 1028A(a)(1).


RICHARD G. CALLAHAN
United States Attorney                                A TRUE BILL.


Dianna R. Collins #59641MO                            FOREPERSON
Assistant United States Attorney